**No. 09-873 (R46-012). Donaldson Company, Inc., Petitioner v. Burroughs Diesel, Inc.**

559 U.S. 1046, 130 S. Ct. 2088, 176 L. Ed. 2d 434, 2010 U.S. LEXIS 2930.

March 31, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit in the above-entitled case was dismissed today pursuant to this Court's Rule 46.

Same case below, 581 F.3d 726.